## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LEARNING CENTERS OF CENTRAL
FLORIDA, LLC,

    Plaintiff,

v.   CASE NO: 8:06-cv-2199-T-26MAP

FRANK MONGELLUZZI and TUTOR.U LLC,

    Defendants.
    _____/

## **O R D E R**

Before the Court is Defendants' Motion to Stay,[1] and Plaintiff's Opposition.[2] After careful consideration of the Motion, the allegations of the Complaint, and the Opposition, the Court concludes that the Motion should be denied.

The Court finds the assertions in Plaintiff's Opposition well-taken. Any risk of piecemeal litigation is minimal, particularly since this action involves federal trademark registrations and opposition proceedings are ongoing in the U.S. Patent and Trademark Office. That the state court action was first-filed does not tip the scales in favor of granting a stay, because the state court action has not significantly progressed in comparison to this action in federal court. This case does not appear to involve complex

---

[1] See docket 15.

[2] See docket 18.

matters of state law conducive to resolution by the state court; rather, this action seeks a determination of unfair competition under the federal Lanham Act.  Finally, Plaintiff may obtain complete relief in this federal forum based on the additional powers granted this Court by Congress.  See 15 U.S.C. § 1119.[3]

It is therefore **ORDERED AND ADJUDGED** that Defendants' Motion to Stay (Dkt. 15) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on January 17, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[3]  Section 1119 provides in pertinent part:
> In any action involving a registered mark the court may determine the right to registration, order the cancellation of registrations, in whole or in part, restore canceled registrations, and otherwise rectify the register with respect to the registrations of any party to the action.

Original jurisdiction to accomplish these acts is given to the district and territorial courts of the United States.  See 15 U.S.C. § 1121(a).